IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA DIXON, #131933 | ) |
| GAIL TURNER, #191059 | ) |
| BRENDA POWELL, 162568 | ) |
| PERRION ROBERTS, #159116 | ) |
| PAULA WHATLEY, #185251 | ) |
| TABITHA DICKERSON, #167077 | ) |
| ESTELLA CARTER, #226770 | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-523-F |
| | ) |
| DONAL CAMPBELL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement at the Julia Tutwiler Prison for Women. The inmates submitted a consolidated motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to join their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is DIRECTED to:

1. Open seven (7) separate civil actions - one for each plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Felicia Dixon.

    2. Assign the newly opened cases to the Magistrate Judge and District Judge to which the instant cause of action is assigned.

    3. Place the original complaint and motion for leave to proceed *in forma pauperis* submitted by the inmates in the instant case file.

    4. Place a copy of the complaint and *in forma pauperis* motion in each newly opened case.

    5. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

    Done this 15th day of June, 2005.

    /s/ Vanzetta Penn McPherson
    UNITED STATES MAGISTRATE JUDGE