**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frank Albright, Deputy Warden
Julia Tutwiler Prison for Women
8966-U.S. Highway 231
Wetumpka  AL 36092

2:05CV 575cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rolino_ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Rosa Robinson   6/20/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0001 0150 4774

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lenita Hawthorne, Lt.
Julia Tutwiler Prison for Women
8966-U.S. Highway 231
Wetumpka, AL 36092

05CV 575 cv OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rosa Rolin_ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Rosa Robinson   6/20/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0001 0150 4781

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gladys Deese, Warden
Julia Tutwiler Prison for Women
8966-U.S. Highway 231
Wetumpka, AL 36092

2:05CV 575 cmOP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rosa Rolin_ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Rosa Robinson   6/20/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0001 0150 4767

PS Form 3811, February 2004   Domestic Return Receipt   95-02-M-1540