**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donal Campbell, Commissioner
   Alabama Department of Correction
   P. O. Box 301501
   Montgomery, AL 36130

   05cv575c+DP

2. Article Number
   (Transfer from service label)

   7004 2510 0001 0150 4798

PS Form 3811, February 2004    Domestic Return Receipt    02595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jay P. Hope_    ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
   JUN 20 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes