In The District Court Of The United States
For The Middle District Of Alabama

Northern Division

RECEIVED
2005 JUL 13 A 9:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

Estella Carter )
Plaintiff )
) CASE # 2:05-CV-575-F
V. )
Donal Campbell et al )
Defendants )

Petition To Have Attorney Appointed

As a Pro Se Inmate Pursuant to Federal Statue 28 USC § 1915(e) which gives the court Authority to appoint lawyers. It is my belief And based on the known facts and Circumstances surrounding this 1983 being filed which has:

I. Merit
II. Will Require factual investigation due to my being incarcerated my creditability as a witness may come under Attack so that there is a need for a lawyer to conduct cross examination.
IV. The appointment of a lawyer would further justice.

Respectfully,
Estella Carter
Inmate
7/7/05

## CERTIFICATE OF SERVICE

CASE # 2:05-CV-575-F

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON _The Defendants in this case_ BY THE U.S. FIRST CLASS MAIL, THIS __7__ DAY OF __July__, __2005__.

_Estella Carter_
PETITIONER

Office of Attorney General State of Ala.

Commissioner Donal Campbell

RECEIVED 2005 JUL 13 A 9:40