In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

Estella Carter AIS# 226020 )
Plaintiff )
V )   CASE #
) 2:05-CV-575-F
Donal Campbell et. al. )
Defendants )

RECEIVED
2005 JUL 13 A 9:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Petition To Certify This As A Class Action Law Suit

Pursuant to FRCP 23(b)(2). I am asking the Court to certify this legal action As A Class Action lawsuit To establish A Plaintiff present And future inmates who Are similarly situated being Able to Recover from Any physical And mental damage contributed to being subjected to the unreasonable / unconstitutional levels of second hand smoke unwillingly. As well As any kind of Injunctive or Declaratory Relief Appropriate in this case.

As a Pro Se Inmate it is my belief that As A Plaintiff Along with other inmates we have:

I. Claims arising out of the sam-...

of events occurring in the same facility

II Sharing Atleast one common question of law or fact.

Realizing that the court has the power to join claims or break them apart, I am asking the court to consider this petition as well as that of other Plaintiffs concerning the high unreasonable/unconstitutional level of second hand smoke. Further evidence will prove to be a systemic problem that has and will cause substantial physical and mental Injuries

Respectfully
Inmate Estella Carter
7/7/05

## CERTIFICATE OF SERVICE

CASE # 2:05-CV-575-F

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON _The Defendants in this Case_ BY THE U.S. FIRST CLASS MAIL, THIS ___7___ DAY OF _July_, _2005_.

_Estella Carter_
**PETITIONER**

Office of Attorney General State of Ala.

Commissioner Donal Campbell

RECEIVED 2005 JUL 13 A 9:40