In The District Court of The United States For The Middle District Of Alabama

Northern Division

RECEIVED 2005 JUL 29 A 9:36

Estella Carter AIS#226770 )
   Plaintiff )
       ) CV. NO. 2:05-CV-575-F
VS )
Donal Campbell, et al )
   Defendants )

Plaintiff Respone To The Recommendation Of The Magistrate Judge

As one of the seven (7) Pro Se Inmates who filed a 42 U.S.C. §1983, currently being housed at the Tutwiler Prison Annex which consist of Dorm 11 And 12 where there is a systemic problem of my being subjected to unreasonable, unwillingly, unconstitutional level of second-hand smoke.

It is my belief that the court in recognizing that as a Pro See Inmate that I am not an adequate Class Representative to fairly represent a class action. If the court had designated interim counsel to act on my

behalf other facts could have been presented whether to certify the action as a$ class action.

As one of seven (7) Plaintiffs it is my belief that Although the case doesn't Appear to be complex at this time. The Defendants have not provided their Response to this Complaint. I am asking the court to reconsider the recommendation and decision until the Defendants have responded.

I. Not to Appoint an Attorney
II. Denial of Class Action

Respectfully

Inmate - Estella Carter

Estella Carter
7/27/05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON _All Defendants /cv-575E 2:05_ BY THE U.S. FIRST CLASS MAIL, THIS _27_ DAY OF _July_, _2005_.

_Estella Carter_
**PETITIONER**

Attorney General Office
State of Alabama
Commissioner Donal Campbell

RECEIVED 2005 JUL 29 A 9: 36