IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ESTELLE CARTER, #226770, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-575-F |
| ) | (WO) |
| DONAL CAMPBELL, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #14) to the Recommendation of the Magistrate Judge (Doc. #12) filed on July 29, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on July 14, 2005 is adopted;

3. The plaintiff's Motion for Class Certification is DENIED.

4. This case is referred back to the Magistrate Judge for appropriate proceedings

DONE this 3rd day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE