IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FELICIA DIXON, #131933          )
                                )
        Plantiff,               )
                                )
    v.                          )        CIVIL ACTION NO. 2:05-CV-523-F
                                )
                                )
DONAL CAMPBELL, et al.,         )
                                )
        Defendants.             )

## A F F I D A V I T

Before me, the undersigned Notary Public, did personally appear Lenita

Hawthorne who being duly sworn deposes and makes the following statement:

My name is Lenita Hawthorne. I am an individual over the age of nineteen

years, and am employed by the State of Alabama, Department of Corrections, at Julia

Tutwiler Prison for Women, 8966 U.S. Highway 231 North, Wetumpka, Alabama.  I am

employed in the capacity of Correctional Officer Supervisor I.  I am named a defendant

in this case.  I have read the complaint in the above referenced case; I make the following

statement in defense thereof: All State of Alabama, Department of Corrections buildings

are non-smoking areas.  It is against the rules and regulations to smoke inside the

dormitories.  Violators of the no-smoking rules receive disciplinary action.  I am also not

aware of any staff member allowing inmates to violate the no-smoking policy.

_Lenita Hawthorne, COSI_ Affiant

Sworn to and subscribed before me this _11_ day of _July_____ 2005

_____
                                    Notary Public

My comission expires _12-11-08_____.