

DEFENDANT'S
EXHIBIT
5

REVISED 1-08-2001
### STATE OF ALABAMA
### DEPARTMENT OF CORRECTIONS
### JULIA TUTWILER PRISON FOR WOMEN

STANDARD OPERATING PROCEDURE
NUMBER: 15-10                                    OPR: WARDEN

### SMOKING POLICY

I. PURPOSE: The purpose of this policy is to prohibit
   smoking and the use of smokeless tobacco within all
   buildings and State owned vehicles at Julia Tutwiler
   Prison for Women and the Department of Corrections.

II. APPLICABILITY:  This policy will apply to all employees,
    inmates, visitors, contractors and persons entering any
    building at Tutwiler. This policy will also apply equally
    to using smokeless tobacco and smoking. The term
    "smokeless tobacco" and "smoking" will be considered
    equivalent and interchangeable terms for the purpose of
    this standard operating procedure.

III. RESPONSIBILITY:  It will be the responsibility of all
     employees to implement and abide by this policy. It will
     be the responsibility of all inmates to abide by this
     policy.

IV. PROCEDURES:  Smoking at Tutwiler is strictly prohibited
    in the interior portions of any and all portions of all
    buildings and structures to include the following:
    offices, visiting rooms, break rooms, meeting rooms,
    foyers, towers, utility buildings, gate houses,
    dormitories, kitchen, control cubicle and all areas of
    health care unit.
    A. Smoking is prohibited in all state owned vehicles.
    B. Smoking is permitted "ONLY" outside of buildings and
       vehicles on state property.
    C. All visitors to Julia Tutwiler Prison for Women are
       to be appraised of the smoking prohibition at this
       facility.
    D. Possession of cigarettes and matches by inmates in
       Dorm 8 (Tutwiler's medical dorm) is prohibited.

SOP 15-10  (Pages 1 of 2)

V. COMPLIANCE:   Problems concerning compliance with this
   policy will be brought to the attention of the
   appropriate supervisor and handled through the normal
   chain of command. In the event any employee or inmate
   violates this policy, the employee and/or the inmate will
   be subject to disciplinary actions.

   A. Inmates who fail to comply with this policy will be
      charged with violation of Rule #85 - Violation of
      Institutional Rules and Regulations.

   B. Employees who fail to comply with this policy will
      be charged with appropriate standard of conduct from
      Administrative Regulations 207 and 208 and this SOP
      and will be disciplined accordingly.

VI. This SOP supersedes all SOP's, post orders, special
    orders. Etc., previously issued on this subject.


_Gladys Deese_ 1/8/01
Warden's Signature/Date


SOP 15-10 (Pages 2 of 2)