In The District Court Of The United States
For The Middle District Of Alabama

Northern Division

Estella Carter #Is#226770    )
    Plaintiff                )
                             )  Civil Case# 2:05-CV-575-F
VS                           )
                             )
Donal Campbell et. al        )
    Defendants

Enlargement Of Time To Respond To The Defendants Arguments And Petitions

In the Defendants Response to my original complaint they refer to Laube V. Haley (2:02-CV-000957-MHT) which is not a proper citing. In order for me to respond to their arguments and petitions I will need to perform research regarding Laube V. Haley when the Defendants provide me with the proper citing. Since, I was not incarcerated until 2003 further information is needed in order for me to provide relevant information to the court in my defense.

As a prisoner my resources are limited if Laube V. Haley is pertaining to Tutwiler prison in the past this information is not available in the library or Inmate Handbook. I am asking the court to order the Defendants provide a copy of this case.

so that I can rebutt it useage. Additional research is needed.

Respectfully,
Estella Carter
*Estella Carter*
8/30/05

Case 2:05-cv-00575-MEF-WC    Document 19    Filed 09/02/2005    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon _St. Of Ala. Attorney Gen. Office_ By U.S. First Class Mail, this _31_ day of _August_, 200**5**.(5)

_Catella Carter AIS #226770_
Petitioner