IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ESTELLE CARTER, #226770,  ) | |
| ) | |
|     Plaintiffs,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:05-CV-575-F |
| ) | |
| DONAL CAMPBELL, et al.,  ) | |
| ) | |
|     Defendants.  ) | |

**ORDER ON MOTION**

Upon consideration of the motion to substitute attorney filed by the defendants on September 12, 2005 (Court Doc. No. 21), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 12th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE