**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 12, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Estelle Carter     vs.   Donal Campbell, et al
Case No.  2:05cv575 F

Referenced Docket Entry -   Motion to Substitute Atty  -  Doc. - 21

This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.