In The United States District Court For The Middle District Of Alabama

Northern Division

RECEIVED
2005 SEP 21 A 10: 23
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT, ALA

Estella Carter AIS# 226770
Plaintiff

vs

Donal Campbell et al
Defendants

Civil Action #
2:05-CV-575-F

Plaintiff's Petition Acceptance Of Response To Defendant Arguments, And exhibits.

As the Plaintiff being in a controlled environment in order for bulk mail to go out an officer have to date and sign. Since September 16, 2005 Although I asked for mail to be signed, it was not done. There is no scheduled (posted) time esp. on weekends. Through no fault of the Plaintiff's my response to the court has been delayed. I am asking the court to consider my response received in a timely manner.

Respectfully
Estella Carter
Estella Carter