Exhibit A

Case # 2:05-CV-575-F

## Donald L. Helling, et. Al., Petitioners

## VS.

## William McKinney

509 US 25, 125 L Ed 2d 22, 113 S Ct 2475
[ No.91-1958 ]

Argued January 13, 1993

Decided June 18, 1993

Health risk allegedly posed by prison personnel's exposure of inmate to environmental tobacco smoke held to form proper basis of claim for relief under Federal Constitution's Eighth Amendment.

### Defendants are not entitled to relief under 42 U.S.C. 1997 e (e)

Defendants argue that Plaintiff has not suffered any physical injury and is therefore not entitled to receive damages under 42 U.S.C. 1997 e (e). This is plainly incorrect. As the Plaintiff my declaration as well as my medical records will show that the injuries are indisputably "physical in nature and more than Deminimis."

As a Non-Smoker it is known by the Defendants that I have serious medical conditions that can be shown that unwilling, unreasonable level of second-hand smoke have a effect on my health now and in the future.

Lung cancer can become far more advanced before it produces any noticeable symptoms.

## Declaration Under Penalty of Perjury of Estella Carter

**Estella Carter,** being competent to make this declaration and having personal knowledge of the matters stated there in declares pursuant to USC 1746.

1. Since my incaration at Tutwiler Prison as well as the Annex I have personally filed inmate request and placed them in the designed box provided fot the administrative officials concerning my being subjected unwillingly to unreasonable, unconstitutional levels of second-hand tabacco smoke. I have placed request to the following officals:
   A. Warden Gladys Deese- No Respone
   B. Deputy Warden Frank Albright- No Response
   C. Captain Hewlette- No Response
   D. Lt. Lentia Hawthrone- No Response
   E. Commissioner Donal Campbell-Letters pertaining to my being subjected to the second-hand smoke-No Response

2. I have also reported individual inmates to the correctional officers on duty.
Example: After officer told the inmate, she then accused me of arguing with her which was untrue witnesses had I been allowed to present them would have been able to prove otherwise. The officer could smell smoke as well as seeing other evidence.(Nothing done) I was made to sign a peace agreement by being threatened to be placed in "Seg" by Lt. In charge. (Nelson)
Example: In reporting inmates smoking I was told by an officer to write to the warden. I did, No Response.

3. Officer/s have been heard hollering through the dorm over the PA system complaining of the amount of smoke observed in the atmosphere inside the dorm from cigarettes being smoked.

4.I have observed certain inmates being caught smoking assigned to sweep and mop without Disciplinary Action. During my observation has not deterred in house smoking.

5. I have personally observed tours of duty where the officers did not or was not seen until count time. Inmates smoking at will during the daytime.



6. Going in and out of the dorms cigarette smoke is the first thing that I have encountered.
   A. Cigarette butt cans are at each entrance and exit not even a foot away from the doors.
   B. Even some officers have been noted smoking immediately outside of the dorms.

7. Evegry morning, I am awaken coughing from the smoke, other symptoms are present:
   A. Irritation of the eyes, nose and throat (sensative to smoke)
   B. Increased heart rate (I have known Complexed Heart Condition)
   C. Headaches, which become more frequently and severe and very intense at times.
   D. Smell and Taste af tobacco residue in my mouth , hair, and clothing.As well as other undetectable effects at this time.
   E. Shortness of breath

8. In the past six months or less I have had several Chest X-rays only to be told by the Medical Director and I quote "I don't know what is wrong with your lung but it seems to be getting better", Dr. Samuel Englehardt.

9. It is my belief:
   A. As a middle age non-smoker my reduce lung function is due to my being subjected to unwillingly, unconstitutional, unreasonable levels of second-hand tobacco smoke. By the Defendants failure to enforce their own policy, rule, and regulation, Rule Number: 009. Any unwritten or written customs.

10. Based on my known Complex Heart Condition as well as other serious medical conditions I believe that the unwillingly level of second-hand smoke that I was and have been subjected to has played a direct part inmy experiencing increased heart rate.

11. During the times that I complained of certain problems, signs, and symptoms I was told by the Medical Staff Member about the level of second-hand smoke, it was said to me "this is prison."

12. Tobacco Smoke is a well known source of indoor Air Pollutant. Having some adverse effects on my health. (personal/future)

13. Cigarette smoke contains Carbon Monoxide, a colorless, ordorless, highly piosonous gas; Nicotine, a piosonous Alkaloid found in tobacco.

*Yours truely,*
*Estella Carter AIS# 226770*
*Estella Carter*