Exhibit B

Claudia Henschke, MD, PHD
Chief Of The Division Of
Chest Imaging At New York
Hospital - Cornell Medical Center
in New York City

Prevention - Vol. 53, NO. 12
December 2001

Health News
Special Report:
Women And Lung Cancer

# Special Report: Your Most Hidden Cancer Risk





More Surprising:

I. Women who have never smoked appear to be more than twice as likely as male nonsmokers to develop lung cancer

II. Developing lung cancer and dying from it at a significantly higher rate than their male counterparts are

Non-Smokers Warning Signs:
1. Persistent Cough
2. Shortness of Breathe
3. Recurring Respiratory Infections
4. Chest Pain
5. Weight Loss
6. Decreased Appetite

# TOBACCO SMOKE

I. Is a well known source of annoyance as an indoor Air Pollutant.

    II.    Other studies have indicated reduced lung function in middle-aged non- smokers exposed to smoke.

    III.    Cigarette Smoke is acknowledged to be the single most important cause of Lung Cancer

        A. Tobacco has some adverse effects on health in whatever form it is ingested.

There are about <u>4,000 chemicals</u> present in tar of which a number are <u>known to produce Cancer</u>

# The Hazards Of Second Hand Smoke

Tobacco Smoke contains 4,000 Chemicals, including Carcinogens And substances that raise Heart Disease Risks And reduce Lung Functions.

Until recently little was Known about the impact of smoking on the Health of Household Pets. Raising:

1. Risk For Cancer
2. Asthma
3. Respiratory Infections

Study Elizabeth Bertone-Johnson, ScD. Epidemiologist University of Massachusetts

Ex. A new Research Revealing a direct link between second-Hand Smoke And Feline lymphoma Risk.

Says Researchers: Tufts University And the University of Massachusetts.