RECEIVED
2005 SEP 21  A 10: 24

[CLERK stamp]
MIDDLE DISTRICT ALA

Exhibit C

Sold on The Canteen
To
Inmate's Approved
By
Alabama Department
Of
Corrections







KOOL FILTER KINGS

Newport Kings

Menthol Cigarette Tobacco

WARNING: This Product Contains/Produces Chemicals Known To The State Of California To Cause Cancer, And Birth Defects Or Other Reproductive Harm.

*Based on standard .65 oz package

SURGEON GENERAL'S WARNING: Cigarette Smoke Contains Carbon Monoxide.

0 26100 00367 3

0 27200 01120 9

# CIGARETTE

**Tobacco Smoke** is a well known source of annoyance as an indoor <u>Air Pollutant</u>

Cigarette smoke is acknowledged to be the single most important cause of Lung Cancer.

Lung Cancer, although very seldom curable, is largely preventable.

Nicotine stimulates the heart to beat faster

<u>Tobacco</u> has some adverse effects on health in whatever <u>form it is ingested.</u>

There are about 4,000 <u>chemicals</u> present in tar of which a number are known to produce <u>Cancer.</u>

# AIR POLLUTANT

**Air Pollutant-** has resulted in increased numbers of deaths among people with Cardiac and Respiratory disease.

A striking increase in the number of deaths among the persons who already suffer from Heart and Chronic Lung Disease

I. Increasing number of people becoming ill with Chronic Respiratory Disease.
II. Stepped up severity of Asthma attacks.
III. More acute Bronchitis, Pneumonia and other chest illnesses among adults.
IV. Cancer of the lung.
V. More deaths among people who are hospitalized with Heart Attacks. One study has indicated that Angina patients developed pain more rapid at these times.
VI. Irritation of the eyes, nose and throat, changes in behavior and heart function.

Other studies have indicated reduced Lung function in middle-aged non-smokers exposed to smoke.

### Lung Cancer

Cancer begins when tar "produces chemicals that are known to produce cancer.

### Unfortunately
Lung Cancer can become far advanced before it produces noticeable symptoms.

**Surgeon General's Report (1979)** states that Lung Cancer is largely a preventable disease

**The Supreme Court has explained:**

One does not have to await Consummation "of threatened injury to obtain preventative Relief"

**The Columbia University College of Physicians and Surgeons**

Tobacco smoke – Air Pollutant

I. Air Pollution results in increased number of deaths among people with Cardiac and Respiratory Diseases.

II. A striking increase in the number of deaths among the person who already suffers from Heart and Chronic Lung Disease.

    A. Stepped up severity of Asthma Attacks
    B. More acute Bronchitis, Pneumonia and other chest illnesses among adults.
    C. Cancer of the Lung.
    D. More deaths among people who are hospitalized with Heart Attacks.
    E. One study has indicated that Angina patients developed pain more rapidly at these times.
    F. Irritation of the eyes, nose, throat, and changes in behavior and <u>heart functions.</u>