To The District Court Of The United States
For The Middle District Of Alabama
Northern Division

2005 SEP 21 A 10: 23

Estella Carter AIS #226770 )
    Plaintiff )
     )   Civil Action #
VS )   2:05-CV-575-F
     )
Donal Campbell et. al )
    Defendants )

Plaintiff's Petition To have Exhibit Documented As Part of My Exhibits / Response To Defendants

As the Plaintiff in the Above Civil Case the Officials At Tutwiler Prison Annex denied me the opportunity to have copies made on Friday September 16, 2005. Lt. Lenita Hawthorne Stated She had made a Announcement for copies to be made. Other inmates who ARE willing to be witnesses can testify or write Declarations that this WAS not done. An Officer WAS the person who told me to go get copies made I was denied to have copies made. As was Another Plaintiff in this Civil Litigation.

Being in a Controlled environment officials can And cannot make copies it is their choice. In filing this petition I Am asking the Court. All exhibits Presented by myself + others be accepted As

one And the same due to our inability to obtain copies not because of the fee. As one of seven (7) Plantiff the Court will Receive duplication of the same material.

Respectfully,
Estella Carter
*Estella Carter*
9/16/2005

Pages 19-44 including Exhibits only Appearing in Court Response.

See Exhibits
Perrion Roberts vs Donal Campbell et al Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON _Office Of Attorney General / Alabama_ BY THE U.S. FIRST CLASS MAIL, THIS _16th_ DAY OF _September, 2005._

_Estelle Carter_
PETITIONER