IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ESTELLE CARTER, #226770 | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-575-F |
| | ) | |
| DONAL CAMPBELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to accept exhibits filed in other cases as exhibits in this case filed by the plaintiff on September 21, 2005 (Court Doc. No. 27), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

The plaintiff is advised that she may utilize any means available to her to produce the copies of exhibits/documents including but not limited to handwritten copies of the evidentiary materials she seeks to retain for herself and/or submit to this court.

Done this 29th day of September, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE