The United State District Court
Office of The Clerk
P.O.Box 711
Montgomery, Alabama

Estella Carter AIS# 226770
8966 U.S.Highway 231 North
Wetumpka, Alabama 36092

RECEIVED

2006 JAN -3  A 10: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:05CV 575-F

Sir/ Madam :

   As of January, I will no longer be an inmate at Julia Tutwiler Prison for Women in Wetumpka, Alabama. Can you pleaase send all correspondance to me at the address below. Thank you in advance.

Estella Carter
2820-16th Street
Tuscaloosa, Alabama 35401

Home phone# 205-345-3315

Respectfully,
Estella Carter

*Estella Carter*
12/29/05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON _Tutwiler Prison Administration et. al Defendant_ BY THE U.S. FIRST CLASS MAIL, THIS _29_ DAY OF _December_, _2005_.

_____
PETITIONER