# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ESTELLE CARTER, AIS #226770** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | )   2:05-CV-575-F |
| **DONAL CAMPBELL, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## CONFLICT DISCLOSURE STATEMENT

    COME NOW, *Frank Albright, Donal Campbell, Gladys Deese, and Lenita Hawthorne,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    XX    This party is an individual, or

    XX    This party is a governmental entity, or

    ☐    There are no entities to be reported, or

    ☐    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

>Respectfully submitted,
>
>TROY KING
>Attorney General
>
>/s/ *Benjamin H. Albritton*
>Benjamin H. Albritton
>Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
balbritton@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 15th day of January, 2008 served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

>Estelle Carter, AIS# 226770
>2820 16th Street
>Tuscaloosa, AL 35401

>/s/ *Benjamin H. Albritton*
>Benjamin H. Albritton
>Assistant Attorney General